*Exhibit A*

10/1/24, 11:10 AM    re:SearchGA - John H Brichetto vs Nelnet, Inc; Credit One Bank; Affirm, Inc; World Finance Corporation; Elan Financial Services; Webbank; Equifax; Transunion; Experian; John Does 1-10, Inclusi…

Case 4:24-cv-00222-RSB-CLR   Document 1-2   Filed 10/03/24   Page 2 of 13

# Case Information

## John H Brichetto vs Nelnet, Inc; Credit One Bank; Affirm, Inc; World Finance Corporation; Elan Financial Services; Webbank; Equifax; Transunion; Experian; John Does 1-10, Inclusive

SPCV24-01010-WA

**Location**
Chatham County - Superior Court

**Case Category**
Civil

**Case Type**
Tort - Other

**Case Filed Date**
8/29/2024

**Judge**
Walmsley, Timothy

**Case Status**
Open (Open)

## Parties [11]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff/Petitioner | John H. Brichetto | | Pro Se |
| Defendant/Respondant | World Finance Corporation | | Pro Se |
| Defendant/Respondant | Elan Financial Services | | Pro Se |
| Defendant/Respondant | Webbank | | Pro Se |
| Defendant/Respondant | Equifax | | Pro Se |
| Defendant/Respondant | Transunion | | Pro Se |
| Defendant/Respondant | Experian | | Pro Se |
| Defendant/Respondant | John Does 1-10 | | Pro Se |
| Defendant/Respondant | Nelnet, Inc | | Pro Se |
| Defendant/Respondant | Credit One Bank | | Pro Se |
| Defendant/Respondant | Affirm, Inc | | Pro Se |

## Events [5]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 8/29/2024 | Filing | Case - Filing Form | | Case - Filing Form.pdf |
| 8/29/2024 | Filing | Final Disposition Form | Proposed | Final Disposition Form.pdf |
| 8/29/2024 | Filing | Certification - Under Rule 3.2 | | Certification - Under Rule 3.2.pdf |
| 8/29/2024 | Filing | Summons | Nelnet, Inc; et al | Summons.pdf |
| 8/29/2024 | Filing | Complaint - Filed | at Law and Equity with Verification | Complaint - Filed.pdf |

© 2024 Tyler Technologies, Inc. | All Rights Reserved
Version: 2024.6.0.471



# IN THE SUPERIOR COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

JOHN H. BRICHETTO

_____

_____
PLAINTIFF

VS.

NELNET INC. ET AL

_____

_____
DEFENDANT

CIVIL ACTION NUMBER: SPCV24-01010-WA

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney whose name and address is: JOHN H. BRICHETTO, 108 E. YORK ST #188, SAVANNAH, GA 31401

an answer to the complaint which is herewith served upon you, within 30 days after service of summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

This 29th day of August, 2024.

TAMMIE MOSLEY
Clerk of Superior Court
CHATHAM COUNTY

By _Denise Hill_
Deputy Clerk

**Instructions:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.
SC-1 Rev 04

John H. Brichetto
108 York St. #188
Savannah, GA 31401
307-286-3837
jhbrichetto@gmail.com

Plaintiff in *pro se*

# IN THE SUPERIOR COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| JOHN H. BRICHETTO,<br><br>Plaintiff,<br><br>vs.<br><br>NELNET INC, CREDIT ONE BANK, AFFIRM INC., WORLD FINANCE CORP, ELAN FINANCIAL SERVICES, WEBBANK, EQUIFAX; TRANSUNION; EXPERIAN; JOHN DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: Number SPCV24-01010-WA<br><br>**PLAINTIFF'S VERIFIED COMPLAINT AT LAW AND EQUITY** |

## COMPLAINT AT LAW AND EQUITY

AND NOW, comes the Plaintiff, John H. Brichetto, by and through himself, *pro se*, to file the instant complaint and in support thereof avers as follows:

## NATURE OF THE ACTION

1.  The Plaintiff initiates the instant action against the Defendants pursuant to the Fair Credit Reporting Act codified as 15 U.S.C. § 1681 as well as negligent misrepresentation and

PLAINTIFF'S VERIFIED COMPLAINT AT LAW AND EQUITY - 1

fraudulent representation resulting from the incorrect and inaccurate credit reporting engaged in by the Defendant thereby giving rise to the instant action.

2. The Defendants have been reporting inaccurate information regarding the plaintiff's credit accounts to the credit agencies causing direct and proximate economic and non-economic damages to the Plaintiff.

3. The Plaintiff has corresponded with the Defendants on numerous occasions disputing the misrepresentations complained of herein but the misrepresentations continue to persist despite clear notification and dispute by the Plaintiff.

4. As a direct and proximate cause of the misrepresentations and breaches complained of in the instant matter as a result of the Defendants misconduct, the Plaintiff suffered losses in the amount to be fully determined by the Court.

5. The Plaintiff is seeking compensatory and punitive damages for the losses described herein as well as any and all other relief deemed necessary and applicable.

## JURISDICTION AND VENUE

6. Jurisdiction is proper pursuant to Georgia O.C.G.A. § 9-10-93 establishing original jurisdiction in this Court for all civil causes of actions arising out of contract and / or agreement in the State of Georgia Superior Court in the Georgia Judiciary as well as the instant claim between the parties.

7. Venue is proper as the events and transactions giving rise to the instant complaint have taken place entirely in this district.

## PARTIES

PLAINTIFF'S VERIFIED COMPLAINT AT LAW AND EQUITY - 2

8. PLAINTIFF - John H. Brichetto - is the Plaintiff in the instant matter with an address of 108 York Street, Savannah, GA 31401.

9. DEFENDANTS – Nelnet Inc. is a Defendant in the instant matter and does business at 121 S. 13th Street, Suite 100, Lincoln NE 68508 with a registered agent at CT Corporation, 289 S. Culver St. Lawrenceville, GA 30046, Affirm Inc. does business at 650 California St. Fl 12, San Francisco CA 94108, with registered agent at CT Corporation, 289 S. Culver St. Lawrenceville, GA 30046. World Finance Corp. has does business at 104 South Main St., Greenville, SC 29601, with a registered agent at CT Corporation, 289 S. Culver St. Lawrenceville, GA 30046, Credit One Bank does business at 6801 S. Cimmaron Rd. Las Vegas, NV 89113, Elan Financial Services does business at 1255 Corporate Dr. #6, Irving, TX 75038, WebBank does business at 215 State St., Suite 1000, Salt Lake City, UT 84111, Equifax Credit Reporting Agency does business at 1550 Peachtree Street, Atlanta, GA 30309 with a registered agent at Corporation Service Company, 2 Sun Court, Suite 400 Peachtree Corners, GA 30092, TransUnion Credit Reporting Agency does business at 555 W. Adams Street, Chicago, IL 60661 with a registered agent at Corporation Service Company, 2 Sun Court, Suite 400 Peachtree Corners, GA 30092 and Experian Credit Reporting Agency does business at 475 Anton Boulevard, Costa Mesa, CA 92626 with a registered agent at CT Corporation, 289 S. Culver St. Lawrenceville, GA 30046.

## STATEMENT OF FACT

10. The Defendants have been reporting inaccurate information regarding the plaintiff's credit accounts to the credit agencies causing direct and proximate economic and non-economic damages to the Plaintiff.

PLAINTIFF'S VERIFIED COMPLAINT AT LAW AND EQUITY - 3

11. In doing so, the Defendants has infringed on the rights of the Plaintiff as it pertains to the Fair Credit Reporting Act codified as 15 U.S.C. § 1681 as well as their rights to be free from false and fraudulent misrepresentation.

12. The Plaintiff has corresponded with the Defendants on numerous occasions disputing the misrepresentations complained of herein but the misrepresentations continue to persist despite clear notification and dispute by the Plaintiff.

13. As a direct and proximate cause of the misrepresentations and breaches complained of in the instant matter as a result of the Defendants misconduct, the Plaintiff suffered losses in the amount to be fully determined by the Court.

14. The Plaintiff is seeking compensatory and punitive damages for the losses described herein as well as any and all other relief deemed necessary and applicable.

## CAUSES OF ACTION

## COUNT ONE

## VIOLATION OF FAIR CREDIT REPORTING ACT - 15 U.S.C. § 1681

15. Paragraphs 1-14 are hereby referenced and incorporated herein as if though full stated herein at full length.

16. Plaintiff claims Defendants violated the Fair Credit Reporting Act and its implementing Regulation V. Regulation V, 12 C.F.R. part 1022, is the federal regulation implementing the FCRA. Regulation V "generally applies to persons that obtain and use information about consumers to determine the consumer's eligibility for products, services, or employment, share such information among affiliates, and furnish information to consumer reporting agencies."

PLAINTIFF'S VERIFIED COMPLAINT AT LAW AND EQUITY - 4

17. Plaintiff claims Defendants deliberately furnished inaccurate information to credit reporting agencies from June 2022 onward in violation of 15 U.S.C. 1681s-2(b), which imposes a duty upon furnishers of information to consumer reporting agencies.

18. The Defendants have been reporting inaccurate information regarding the plaintiff's student loans to credit agencies causing direct and proximate economic and non-economic damages to the Plaintiff.

19. The Plaintiff has corresponded with the Defendants on numerous occasions disputing the misrepresentations complained of herein but the misrepresentations continue to persist despite clear notification and dispute by the Plaintiff.

20. As a direct and proximate cause of the misrepresentations and breaches complained of in the instant matter as a result of the Defendants misconduct, the Plaintiff suffered losses in the amount to be fully determined by the Court.

21. The Plaintiff is seeking compensatory and punitive damages for the losses described herein as well as any and all other relief deemed necessary and applicable.

## COUNT TWO

## FRAUDULENT REPRESENTATION

22. Paragraphs 1-14 are hereby referenced and incorporated herein as if though full stated herein at full length.

23. The five elements of fraud and deceit in Georgia are: (1) false representation made by the defendant; (2) scienter; (3) an intention to induce the plaintiff to act or refrain from acting in reliance by the plaintiff; (4) justifiable reliance by the plaintiff; (5) damage to the plaintiff. See *Eastern Motors Co. v. Lavender*, supra, p. 52.

PLAINTIFF'S VERIFIED COMPLAINT AT LAW AND EQUITY - 5

24. The Defendants have been reporting inaccurate information regarding the plaintiff's student loan to credit agencies causing direct and proximate economic and non-economic damages to the Plaintiff.

25. The Defendants misrepresented information despite clear knowledge and awareness that the information was not true. The Plaintiff has corresponded with the Defendants on numerous occasions disputing the misrepresentations complained of herein but the misrepresentations continue to persist despite clear notification and dispute by the Plaintiff.

26. As a direct and proximate cause of the misrepresentations and breaches complained of in the instant matter as a result of the Defendant's misconduct, the Plaintiff suffered losses in the amount to be fully determined by the Court.

27. The Plaintiff is seeking compensatory and punitive damages for the losses described herein as well as any and all other relief deemed necessary and applicable.

## COUNT THREE

## NEGLIGENT MISREPRESENTATION

28. Paragraphs 1-14 are hereby referenced and incorporated herein as if though full stated herein at full length.

29. Under Georgia law, the tort of negligent misrepresentation consists of 3 elements: (1) the defendant's negligent supply of false information to foreseeable persons, known or unknown; (2) such persons' reasonable reliance upon that false information; and (3) economic injury proximately resulting from such reliance. Hardaway Co. v. Parsons, Brinckerhoff, Quade & Douglas, Inc., 267 Ga. 424, 479 S.E.2d 727, 729 (1997).

PLAINTIFF'S VERIFIED COMPLAINT AT LAW AND EQUITY - 6

30. The Defendants have been reporting inaccurate information that they knew or should have known was inaccurate regarding the plaintiff's student loan to credit agencies causing direct and proximate economic and non-economic damages to the Plaintiff.

31. The Defendants have been reporting inaccurate information regarding the plaintiff's student loan to credit agencies causing direct and proximate economic and non-economic damages to the Plaintiff.

32. The Defendants misrepresented information despite clear knowledge and awareness that the information was not true. The Plaintiff has corresponded with the Defendant on numerous occasions disputing the misrepresentations complained of herein but the misrepresentations continue to persist despite clear notification and dispute by the Plaintiff.

33. As a direct and proximate cause of the misrepresentations and breaches complained of in the instant matter as a result of the Defendant's misconduct, the Plaintiff suffered losses in the amount to be fully determined by the Court.

34. The Plaintiff is seeking compensatory and punitive damages for the losses described herein as well as any and all other relief deemed necessary and applicable.

## PRAYER FOR RELIEF

WHEREFORE, it is hereby respectfully requested that this Honorable Court issue the following judgments in favor of the Plaintiff:

  a. Declaratory Relief in favor of Plaintiff

  b. Compensatory Damages in an amount to be determined by the Court

  c. Punitive Damages in an amount to be determined by the Court

PLAINTIFF'S VERIFIED COMPLAINT AT LAW AND EQUITY - 7

d. Injunctive Relief ordering the Defendant to comply with their obligations under the terms of the original agreement.

Dated this 5th day of July 2024

Respectfully Submitted,

_____

John H. Brichetto,
Plaintiff in *pro per*

PLAINTIFF'S VERIFIED COMPLAINT AT LAW AND EQUITY - 8

## VERIFICATION

I, John H. Brichetto, being duly sworn depose and say that I have read the foregoing Complaint at Law and Equity and know the contents thereof. That the same is true of my own knowledge except as to those matters and things stated upon information and belief, and as to those things, I believe them to be true.

_____
(Sign in the presence of a Notary Public)

Sworn to and subscribed before me this _5_ day of July, 2024

_____
Notary Public

Norris Lee Wright Jr.
(Printed name of Notary Public)

My Commission Expires: _9-15-24_

PLAINTIFF'S VERIFIED COMPLAINT AT LAW AND EQUITY - 8

