IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN H. BRICHETTO, <br><br> Plaintiff, <br><br> v. <br><br> NELNET INC, CREDIT ONE BANK, AFFIRM INC., WORLD FINANCE CORP, ELAN FINANCIAL SERVICES, WEBBANK, EQUIFAX; TRANSUNION; EXPERIAN; JOHN DOES 1-10, INCLUSIVE <br><br> Defendants, | Case No. 4:24-cv-00222-RSB-CLR |



**NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

John H. Brichetto ("Plaintiff") files his Notice of Voluntary Dismissal without Prejudice and would respectfully show the Court as follows:

Plaintiff hereby dismisses all claims in this action, without prejudice, against Defendant NELNET INC, CREDIT ONE BANK, AFFIRM INC., WORLD FINANCE CORP, ELAN FINANCIAL SERVICES, WEBBANK, EQUIFAX; TRANSUNION; EXPERIAN; JOHN DOES 1-10, INCLUSIVE, with each side bearing its own costs and fees.

Respectfully submitted,

John H. Brichetto
108 York St. #188
Savannah, GA  31401
Telephone: (307) 286-3837
E-Mail: jhbrichetto@gmail.com
*Pro Se Plaintiff*

1