IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN H. BRICHETTO,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NELNET INC.; CREDIT ONE BANK;<br>AFFIRM INC.; WORLD FINANCE CORP.;<br>ELAN FINANCIAL SERVICES;<br>WEBBANK; EQUIFAX; TRANSUNION;<br>EXPERIAN; JOHN DOES 1–10, inclusive,<br><br>　　　Defendants. | CIVIL ACTION NO.: 4:24-cv-222 |

**O R D E R**

Plaintiff filed initiated this action in the Superior Court of Chatham County on August 29, 2024. (Doc. 1-1.) Defendant Equifax removed the case to this Court on October 3, 2024. (Doc. 1.) On October 9, 2024, Plaintiff filed a "Notice of Voluntary Dismissal Without Prejudice," stating that he "hereby dismisses all claims in this action, without prejudice, against" each named Defendant. (Doc. 6.) None of the Defendants have filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITHOUT PREJUDICE**. (See id.) The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 15th day of October, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA